# Court of Appeals
# of the State of Georgia

ATLANTA, March 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0398. TIFFANY WELLS v. STERLING ATLANTA APARTMENTS, LLC d/b/a ARGENTO AT THE BRIDGES.**

Upon review, this application for discretionary review is hereby DENIED. Tiffany Wells's motion to continue stay pending appeal is likewise DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/13/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*